FILED

11/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0748

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0748

STATE OF MONTANA,

      Plaintiff and Appellant,

v.

JONATHAN PARTAIN,

      Defendant and Appellee.

## ORDER

Upon consideration of Appellant's motion for a 5-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 17, 2024, within which to prepare, file, and serve its reply brief.

No further extensions will be granted.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 7 2024